IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMIRO BRAVO MORALES,<br><br>Defendant. | CR NO: 2:19-CR-00192-MCE |

FILED
MAR - 5 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: RAMIRO BRAVO MORALES
Detained at: Sacramento County Jail
Detainee is:   a.) ☒ charged in this district by:   ☒ Indictment   ☐ Information   ☐ Complaint
                      charging detainee with: _____
           or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.) ☒ return to the custody of detaining facility upon termination of proceedings
             or  b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 10, 2020 at 2:00 P.M. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Justin L. Lee |
| Printed Name & Phone No: | Justin L. Lee, (916) 554-2700 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal Service for this district, is hereby ORDERED to produce the named detainee, on March 10, 2020 at 2:00 P.M., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 3/5/20

Honorable Allison Claire
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male   ☐ Female | |
| Booking or CDC #: | 10176392 | DOB: | --/--/1997 |
| Facility Address: | 651 I Street, Sacramento, CA 95814 | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____   _____
                                    (signature)