UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAMIRO BRAVO MORALES,<br><br>　　　　Defendant. | No. 2:19-CR-00192-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release RAMIRO BRAVO MORALES; Case No. 2:19-CR-00192-KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

　　　　　　___ Unsecured Appearance Bond

　　　　　　___ Appearance Bond with 10% Deposit

　　　　　　___ Appearance Bond with Surety

　　　　　　___ Corporate Surety Bail Bond

__X__ (Other): Time Served.

Issued at Sacramento, California on __4/11/22__, at __9:14 am__

Kimberly J. Mueller
United States District Judge